

**SO ORDERED.**

**SIGNED this 04 day of January, 2010.**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
**Richard Stair Jr.**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:

Jason A. McBee,                                          Case No. 09-36247
Marcie E. McBee,                                        Chapter 12

        Debtors.

AGREED ORDER

Comes the debtors and Fidelity Bank and announce to the Court that an agreement has been reached regarding payments of adequate protection and relief from the automatic stay. In view of the above it is ORDERED:

1. That the debtors shall pay adequate protection to Fidelity Bank in the monthly sum of Three Hundred Ninety Three Dollars and Eighty Nine Cents ($393.89) for the 2006 Ford F350, vehicle identification number 1FTWW33P76EC48213, with the payments starting January 22, 2010, and further monthly payments being due the 22nd day of each month thereafter until confirmation of a plan of reorganization, conversion or dismissal of the Chapter 12 case of the debtor. Payments shall be forwarded to counsel for Fidelity Bank at his address listed below.

2.  That the debtors shall maintain full coverage insurance on the 2006 Ford F350, vehicle identification number 1FTWW33P76EC48213 with Fidelity Bank named as loss payee.

3.  That the debtors shall comply with the remaining provisions of the installment contract which they executed to purchase the vehicle described above except to the extent that the provisions of such contract conflicts with the provisions of this order.

4.  That if the debtors fail to make a payment when due or fail to comply with the remaining provisions of this order then Fidelity Bank shall have relief from the automatic stay if the default is not cured within ten (10) days of written notice of such default to counsel of record for debtors and the ten (10) day stay provided by Bankruptcy Rule 4001 (a)(3) shall not apply to this order.  Such stay relief will be without further notice, hearing or order of the Court.

5.  That the entry of this order shall not prevent the parties hereto from modifying this order of adequate protection,  moving the court to modify the agreement or moving the Court for further relief in the future.

# # #

APPROVED FOR ENTRY:

/s/ Steven D. Lipsey
Steven D. Lipsey, Attorney for
Fidelity Bank

Stone & Hinds, P.C.
507 Gay Street, S.W., Suite 700
Knoxville, Tennessee 37902
(865) 546-6321  BPR#007226
(865) 546-0422 (fax)
Lipsey@s-hlaw.com

/s/ Robert R. Rexrode
Robert R. Rexrode, Attorney for
Debtors

601 Concord Street, SW, Suite 106
Knoxville, Tennessee 37919
(865) 856-1551
Rexlaw@comcast.net

/s/ C. Kenneth Still
C. Kenneth Still, Trustee

P.O. Box 511
Chattanooga, Tennessee 37401
(423) 265-2261
ch13cha@ch13.cha.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Agreed Order has been sent to Patti Foster, Attorney for U.S. Trustee, on this the 31st day of December, 2009.

/s/ Steven D. Lipsey
Steven D. Lipsey